AUGUST 16, 1983

No. 82–1146. NATIONAL ELECTRICAL CONTRACTORS ASSN., INC., ET AL. v. NATIONAL CONSTRUCTORS ASSN. ET AL. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 53.

AUGUST 17, 1983

No. 82–1143. MILLER ELECTRIC CO. ET AL. v. NATIONAL CONSTRUCTORS ASSN. ET AL. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 53.

AUGUST 23, 1983

No. A–16. HANLON v. UNITED STATES. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. 82–485. KEETON v. HUSTLER MAGAZINE, INC., ET AL. C. A. 1st Cir. [Certiorari granted, 459 U. S. 1169.] Motions of Motor Vehicle Manufacturers Association of America, Inc., CBS Inc. et al., and Association of American Publishers, Inc., for leave to file briefs as amici curiae granted.

No. 82–500. SOUTHLAND CORP. ET AL. v. KEATING ET AL. Sup. Ct. Cal. [Probable jurisdiction postponed, 459 U. S. 1101.] Motion of Securities Division of the State of Washington et al. for leave to file a brief as amici curiae granted.